2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-23530-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul E. Hytla<br>144 Shelbourne Drive<br>Coraopolis PA 15108 | Nadine L. Hytla<br>144 Shelbourne Drive<br>Coraopolis PA 15108 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/08/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Nationstar Mortgage, LLC., Attention: Bankruptcy Department, PO Box 630267, Irving, TX 75063 | CALIBER HOME LOANS, INC.<br>13801 WIRELESS WAY<br>OKLAHOMA CITY, OK 73134 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/11/16                                              Michael R. Rhodes
                                                              **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul E. Hytla
Nadine L. Hytla
       Debtors

Case No. 14-23530-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz                   Page 1 of 1                  Date Rcvd: Dec 09, 2016
                               Form ID: trc                 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
13922917        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,   Attention: Bankruptcy Department,
                   PO Box 630267,   Irving, TX 75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jennifer M. Irvin    on behalf of Attorney    Commonwealth Of Pennsylvania, Department of Labor and
               Industry, Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Joint Debtor Nadine L. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Plaintiff Nadine L. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Debtor Paul E. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Plaintiff Paul E. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 14