**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Paul E. Hytla** | : | Case No. 14–23530–JAD |
| **Nadine L. Hytla** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Caliber Home Loans, Inc. | : | |
| *Movant,* | : | Related to Claim No. 3 |
| | : | |
| v. | : | |
| Paul E. Hytla, | : | |
| Nadine L. Hytla and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

       **AND NOW**, this **8th day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Caliber Home Loans, Inc.* at Claim No. 3 in the above−captioned bankruptcy case,

       It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

       *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul E. Hytla
Nadine L. Hytla
    Debtors

Case No. 14-23530-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Mar 08, 2017
                        Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
db/jdb         +Paul E. Hytla,    Nadine L. Hytla,    144 Shelbourne Drive,    Coraopolis, PA 15108-8924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
            Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
      bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
            James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
      james.prostko@phelanhallinan.com
            Jennifer M. Irvin    on behalf of Attorney    Commonwealth Of Pennsylvania, Department of Labor and
      Industry, Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
            Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
            Mario J. Hanyon    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
            Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
      Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
            Shawn N. Wright    on behalf of Plaintiff Paul E. Hytla shawn@shawnwrightlaw.com,
      wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
            Shawn N. Wright    on behalf of Plaintiff Nadine L. Hytla shawn@shawnwrightlaw.com,
      wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
            Shawn N. Wright    on behalf of Debtor Paul E. Hytla shawn@shawnwrightlaw.com,
      wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
            Shawn N. Wright    on behalf of Joint Debtor Nadine L. Hytla shawn@shawnwrightlaw.com,
      wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
            Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust
      thomas.song@phelanhallinan.com
                                                                                                                             TOTAL: 16