# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

08/03/2017

IN RE:

| | |
|---|---|
| PAUL E. HYTLA | Case No. 14-23530 JAD |
| NADINE L. HYTLA | |
| 144 SHELBOURNE DRIVE | Chapter 13 |
| CORAOPOLIS, PA 15108 | |
| XXX-XX-4576        Debtor(s) | |

XXX-XX-4270

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/3/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:12 | ACCOUNT NO.:  4576 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  2,326.28 | |
| PITTSBURGH, PA  15219 | COMMENT: | |

| | | |
|---|---|---|
| **CALIBER HOME LOANS** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| POB 24330 | Court Claim Number:3 | ACCOUNT NO.:  1246 |
| | CLAIM:  29,227.80 | |
| OKLAHOMA CITY, OK  73124 | COMMENT:  LOAN MDF @CID 26\*1ST\*BGN 9/14\*FR NATIONSTAR-DOC 73\*DK |

| | | |
|---|---|---|
| **BANK OF AMERICA(\*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| 7105 CORPORATE DR | Court Claim Number:10 | ACCOUNT NO.:  8161 |
| | CLAIM:  0.00 | |
| PLANO, TX  75024 | COMMENT:  RS/DOE\*SURR/PL\*422890.75/CL\*DKT |

| | | |
|---|---|---|
| **GMAC MORTGAGE CORP\*** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| ATTN MAIL CODE 507-345-110 | Court Claim Number: | ACCOUNT NO.:  144 SHELBOURNE DR MOON |
| 3451 HAMMOND AVE~PMT PROCESSNG | | |
| | CLAIM:  0.00 | |
| WATERLOO, IA  50702 | COMMENT:  2bAVD/PL\*2ND\*ADV DM~DK |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:5   INT %: 3.00% | CRED DESC:  SECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:4 | ACCOUNT NO.:  251857520 |
| STRAWBERRY SQ | | |
| | CLAIM:  598.20 | |
| HARRISBURG, PA  17128 | COMMENT:  $CL-PL@STAT%/PL |

| | | |
|---|---|---|
| **ECMC(\*)** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:8 | ACCOUNT NO.:  4576 |
| PO BOX 16478 | | |
| | CLAIM:  2,187.79 | |
| ST PAUL, MN  55116-0478 | COMMENT:  NO NUM/SCH\*BRAZOS/US BANK |

| | | |
|---|---|---|
| **AFNI** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| P.O. BOX 3097 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| BLOOMINGTON, IL  61702 | COMMENT:  VERIZON |

| | | |
|---|---|---|
| **CAPITAL ACCOUNTS LLC** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 140065 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| NASHVILLE, TN  37214 | COMMENT:  NT ADR/SCH |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(\*)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC\* | Court Claim Number:1 | ACCOUNT NO.:  8684 |
| PO BOX 27288 | | |
| | CLAIM:  436.32 | |
| TEMPE, AZ  85282 | COMMENT:  HSBC/ORCHARD BANK |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| - CORPORATE OFFICE - | Court Claim Number: | ACCOUNT NO.:  ? |
| 832 5TH AVE | | |
| POB 560 | CLAIM:  0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT: | |

| CREDIT COLLECTIONS USA | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 16 DISTRIBUTOR DRIVE | Court Claim Number: | ACCOUNT NO.: ? |
| STE 1 | | |
| | CLAIM: 0.00 | |
| MORGANTOWN, PA 26501-7209 | COMMENT: NT ADR/SCH | |

| CREDIT MANAGEMENT CO | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15205-3956 | COMMENT: | |

| FIRST PREMIER BANK | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5114 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR/SCH | |

| FIRST PREMIER BANK | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 5114 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR/SCH | |

| MIDLAND CREDIT MANAGEMENT INC | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 2365 NORTHSIDE DR STE 300 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| SAN DIEGO, CA 92108 | COMMENT: VERIZON | |

| NCO FINANCIAL SYSTEMS INC(*)++ | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| HORSHAM, PA 19044 | COMMENT: | |

| PA DEPARTMENT OF LABOR & INDUSTRY (OVE | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| OFFICE OF UC BENEFITS POLICY | Court Claim Number:7 | ACCOUNT NO.: 4576 |
| UI PAYMENT SERVICES | | |
| PO BOX 67503 | CLAIM: 13,010.14 | |
| HARRISBURG, PA 17106-9894 | COMMENT: DISPUTED/SCH | |

| REMIT CORP | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 36 W MAIN ST | Court Claim Number: | ACCOUNT NO.: ? |
| POB 7 | | |
| | CLAIM: 0.00 | |
| BLOOMSBURG, PA 17815-1703 | COMMENT: | |

| S JAMES WALLACE ESQ | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 845 NORTH LINCOLN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15233 | COMMENT: EQUITABLE GAS/PRAE | |

| CALIBER HOME LOANS | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| POB 24330 | Court Claim Number:3 | ACCOUNT NO.: 1246 |
| | CLAIM: 758.71 | |
| OKLAHOMA CITY, OK 73124 | COMMENT: LOAN MDF@CID 26*39843.19/CL*NT PROV/PL*1ST*THRU 8/14*FR NATIONSTAR-DC | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:2 | ACCOUNT NO.:  0694 |
| | CLAIM:  26,386.42 | |
| CLEVELAND, OH  44101 | COMMENT:  NT/SCH | |
| **REAL TIME RESOLUTIONS INC(*)** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 35888 | Court Claim Number:6 | ACCOUNT NO.:  8153 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75235 | COMMENT:  NT/SCH*BNY MELLON*R/S OE 10/15*SEE CID 3*CL=76863.32 | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.:  1000 |
| POB 10587 | | |
| | CLAIM:  1,992.55 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*AMERICAN EXPRESS | |
| **AMERICAN EXPRESS BANK FSB** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:5 | ACCOUNT NO.:  1002 |
| PO BOX 3001 | | |
| | CLAIM:  375.47 | |
| MALVERN, PA  19355-0701 | COMMENT:  NT/SCH | |
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPARTMENT | Court Claim Number:11 | ACCOUNT NO.:  4576 |
| 225 NORTH SHORE DRIVE STE 300 | | |
| | CLAIM:  133.06 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |
| **CALIBER HOME LOANS** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| POB 24330 | Court Claim Number:03 | ACCOUNT NO.:  1246 |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73124 | COMMENT:  PMT/LOAN MDF-PL*BG 05/16*DK!*1ST*DK4PMT*W2-20*FR NATIONSTAR-DOC 73 | |