**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  PAUL E. HYTLA<br>NADINE L. HYTLA<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  PAUL E. HYTLA<br>NADINE L. HYTLA<br><br>      Respondents | Case No. 14-23530JAD<br><br><br>Chapter 13<br><br><br>Document No. __80__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __25th__ day of __September__, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Comcast
Attn: Payroll Manager
15 Summit Park Dr
Pittsburgh, PA 15275

is hereby ordered to immediately terminate the attachment of the wages of PAUL E. HYTLA, social security number XXX-XX-4576. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PAUL E. HYTLA.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ sjk

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
9/25/17 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul E. Hytla
Nadine L. Hytla
    Debtors

Case No. 14-23530-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Sep 25, 2017
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.
db/jdb      +Paul E. Hytla,    Nadine L. Hytla,    144 Shelbourne Drive,    Coraopolis, PA 15108-8924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2017 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
     james.prostko@phelanhallinan.com
    Jennifer M. Irvin    on behalf of Attorney    Commonwealth Of Pennsylvania, Department of Labor and
     Industry, Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
    Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
    Mario J. Hanyon    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
    Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    Shawn N. Wright    on behalf of Plaintiff Paul E. Hytla shawn@shawnwrightlaw.com,
     wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
    Shawn N. Wright    on behalf of Plaintiff Nadine L. Hytla shawn@shawnwrightlaw.com,
     wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
    Shawn N. Wright    on behalf of Debtor Paul E. Hytla shawn@shawnwrightlaw.com,
     wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
    Shawn N. Wright    on behalf of Joint Debtor Nadine L. Hytla shawn@shawnwrightlaw.com,
     wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
    Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust
     thomas.song@phelanhallinan.com
     TOTAL: 16