IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Paul Hytla and Nadine Hytla, | : | |
| Debtors | : | Bankruptcy No. 14-23530-jad |
| | : | Chapter 13 |
| | : | |
| Paul Hytla and Nadine Hytla, Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondent | : | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Professional Fees filed on October 2, 2017 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 19, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Dated:  October 20, 2017                              /s/Shawn N. Wright
                                                      Shawn N. Wright, Esquire
                                                      Counsel for Debtors
                                                      7240 McKnight Road
                                                      Pittsburgh, PA 15237
                                                      (412) 920-6565
                                                      PA--#64103
                                                      shawn@shawnwrightlaw.com