IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

In Re:

Paul E. Hytla

Nadine L. Hytla

DEBTOR

-----------------------------------------

SHAWN N. WRIGHT

APPLICANT

vs.

NO RESPONDENT

Case Number: 14-23530-JAD

Chapter 13

Document No. 84

Hearing Date: November 15, 2017 @ 10:00a.m.

**DEFAULT O/E JAD**

### ORDER OF COURT

**AND NOW,** to-wit, this 8th day of November ,2017, the **APPLICATION OF Shawn N. Wright FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$5,050.00** for services rendered on behalf of the Debtors for the period between August 29, 2014 through March 08, 2017, which represents $5,050.00 in attorney fees and $0.00 in costs.  Fees in the amount of $4,000.00 were previously paid to Counsel for Debtors in the Chapter 13 plan.

BY THE COURT:

_____ sjk
U.S. Bankruptcy Court Judge
Jeffery A. Deller

FILED
11/8/17 12:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul E. Hytla
Nadine L. Hytla
    Debtors

Case No. 14-23530-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                 Page 1 of 1                  Date Rcvd: Nov 08, 2017
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
db/jdb         +Paul E. Hytla,    Nadine L. Hytla,    144 Shelbourne Drive,    Coraopolis, PA 15108-8924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Jennifer M. Irvin    on behalf of Attorney    Commonwealth Of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
      Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
      Mario J. Hanyon    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
      Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
      Shawn N. Wright    on behalf of Plaintiff Paul E. Hytla shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
      Shawn N. Wright    on behalf of Plaintiff Nadine L. Hytla shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
      Shawn N. Wright    on behalf of Debtor Paul E. Hytla shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
      Shawn N. Wright    on behalf of Joint Debtor Nadine L. Hytla shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
      Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust
       thomas.song@phelanhallinan.com
                                                                                            TOTAL: 16