**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | PAUL E. HYTLA |
| Debtor 2 (Spouse, if filing) | NADINE L. HYTLA |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 14-23530JAD |

# Form 4100N
# Notice of Final Cure Payment                                            10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | CALIBER HOME LOANS |
| **Court claim no.** (if known): | 03 |
| **Last 4 digits** of any number you use to identify the debtor's account | 1 2 4 6 |
| **Property Address:** | 144 SHELBOURNE DR<br>MOON TWP PA 15108 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                **Amount**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $ $1,555.41 |
| The next postpetition payment is due on | 11 / 1 / 2017 (MM / DD / YYYY) |

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **PAUL E. HYTLA** | Case number *(if known)* | **14-23530JAD** |
|---|---|---|---|
| | Name | | |

**Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour           Date  12/18/2017
  Signature

Trustee      Ronda J. Winnecour

Address      CHAPTER 13 TRUSTEE WD PA
             600 GRANT STREET
             SUITE 3250 US STEEL TWR
             PITTSBURGH, PA  15219

Contact phone  (412) 471-5566           Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **PAUL E. HYTLA** | Case number *(if known)* | **14-23530JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/12/2016 | | NATIONSTAR MORTGAGE LLC(*) | REALLOCATION OF CONTINUING DEBT | 1,555.41 |
| 05/24/2016 | 0993415 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 06/27/2016 | 1002175 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 07/26/2016 | 1006142 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 08/26/2016 | 1010143 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 09/27/2016 | 1014146 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 10/26/2016 | 1018031 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 11/21/2016 | 1021328 | NATIONSTAR MORTGAGE LLC* | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 12/21/2016 | 1023152 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 01/27/2017 | 1026558 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 02/24/2017 | 1030041 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 03/28/2017 | 1033418 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 04/21/2017 | 1036809 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 05/25/2017 | 1040056 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 06/27/2017 | 1043409 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 07/25/2017 | 1046745 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 08/25/2017 | 1050078 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,555.41 |
| 09/26/2017 | 1053401 | CALIBER HOME LOANS | AMOUNTS DISBURSED TO CREDITOR | 1,250.00 |
| | | | | 27,691.97 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

PAUL E. HYTLA
NADINE L. HYTLA
144 SHELBOURNE DRIVE
CORAOPOLIS, PA  15108

SHAWN N WRIGHT ESQ
LAW OFFICE OF SHAWN N WRIGHT
7240 MCKNIGHT RD
PITTSBURGH, PA  15237

CALIBER HOME LOANS
POB 24330
OKLAHOMA CITY, OK  73124

CALIBER HOME LOANS INC
13801 WIRELESS WAY
OKLAHOMA CITY, OK  73134

MARIO J HANYON ESQ
PHELAN HALLINAN DIAMOND & JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT ST STE 300
PITTSBURGH, PA  15219


12/18/17

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee