Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul E. Hytla
Nadine L. Hytla**
Debtor(s)

Bankruptcy Case No.: 14–23530–JAD

Chapter: 13
Docket No.: 91 – 90

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 21st of December, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/29/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/7/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/29/18.**

Jeffery A. Deller<br>United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 14-23530-JAD
Paul E. Hytla                                                     Chapter 13
Nadine L. Hytla
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2             Date Rcvd: Dec 21, 2017
                              Form ID: 408            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db/jdb         +Paul E. Hytla,   Nadine L. Hytla,   144 Shelbourne Drive,   Coraopolis, PA 15108-8924
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13914628       +AES/Brazos/US Bank,   1200 North 7th Street,   Harrisburg, PA 17102-1419
13936903        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13914630       +Bank of America,   450 American Street,   Simi Valley, CA 93065-6285
13974372        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13914636        Duquesne Light,   c/o Bernstein Law Office,   707 Gulf Tower, Suite 2200,
                 Pittsburgh, PA 15219
13955797        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13914637        First Premier Bank,   P.O. Box 5524,   Sioux Falls, SD 57117-5524
13914638       +GMAC Mortgage,   500 Enterprise Road,   Horsham, PA 19044-3503
13914640      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
13914641        NCO Financial Systems/55,   P.O. Box 13570,   Philadelphia, PA 19101
13917442       +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13974738       +Peoples Natural Gas Company, LLC,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,   Attn: Dawn Lindner

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13914629       +E-mail/Text: EBNProcessing@afni.com Dec 22 2017 01:49:44      AFNI,   P.O. Box 20939,
                 Ferndale, MI 48220-0939
14334175       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 22 2017 01:50:14      CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
13914632        E-mail/Text: bankruptcy@cavps.com Dec 22 2017 01:49:55      Cavalry Portfolio,
                 4050 East Cotton Center,   Phoenix, AZ 85040
13914631       +E-mail/Text: bankruptcy@usecapital.com Dec 22 2017 01:50:17      Capital Accounts,
                 2120 Crestmoor Rd,   Suite 30,   Nashville, TN 37215-2654
13915381       +E-mail/Text: bankruptcy@cavps.com Dec 22 2017 01:49:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13914633       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 22 2017 01:49:41      Collection Service Center,
                 839 Fifth Avenue,   New Kensington, PA 15068-6303
13914634       +E-mail/Text: ccusa@ccuhome.com Dec 22 2017 01:49:09      Credit Collection USA,   P.O. Box 873,
                 Morgantown, WV 26507-0873
13914635       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 22 2017 01:49:56      Credit Management,
                 2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13977293       +E-mail/Text: kburkley@bernsteinlaw.com Dec 22 2017 01:50:07      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13971699        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 01:54:36
                 LVNV Funding, LLC its successors and assigns as,   assignee of American Express,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13914639       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 22 2017 01:49:36      Midland Credit Management,
                 Dept. 12421,   P.O. Box 603,   Oaks, PA 19456-0603
13914642       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 22 2017 01:50:13
                 PA Dept. of Labor & Industry,   Office of UC Benefits,   651 Boas Street, Room 608,
                 Harrisburg, PA 17121-0725
13931340        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:49:31
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX280946,
                 Harrisburg,PA 17128-0946
13914643        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:49:31      Pennsylvania Dept. of Revenue,
                 Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0946
13939779        E-mail/Text: bkdepartment@rtresolutions.com Dec 22 2017 01:49:46
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   PO Box 36655,
                 Dallas, Texas 75247-4029
13914644        E-mail/Text: bankruptcy@remitcorp.com Dec 22 2017 01:49:38      Remit Corporation,
                 36 West Main Street,   PO Box 7,   Bloomsburg, PA 17815
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Commonwealth Of Pennsylvania, Department of Labor
cr              BANK OF AMERICA, N.A.
cr              Caliber Home Loans, Inc.
cr              Duquesne Light Company
cr              LSF9 Master Participation Trust
cr              Nationstar Mortgage LLC
13922917*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,   Attention: Bankruptcy Department,
                 PO Box 630267,   Irving, TX 75063)
                                                                                   TOTALS: 6, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: jfur              Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 408            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jennifer M. Irvin    on behalf of Attorney    Commonwealth Of Pennsylvania, Department of Labor and
           Industry, Unemployment Compensation Fund jeirvin@pa.gov,    jeirvin@pa.gov
          Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Plaintiff Nadine L. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Debtor Paul E. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Joint Debtor Nadine L. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Plaintiff Paul E. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust
           thomas.song@phelanhallinan.com
                                                                                             TOTAL: 16
```