**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    PAUL E. HYTLA
    NADINE L. HYTLA
          Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
        Movant
       vs.
No Repondents.

Case No.:14-23530 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

December 21, 2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/29/2014 and confirmed on 10/8/14. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 71,714.12 |
| Less Refunds to Debtor | 3,039.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,675.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,050.00 | |
|   Trustee Fee | 2,851.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,901.96 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CALIBER HOME LOANS | 29,227.80 | 29,227.80 | 0.00 | 29,227.80 |
|     Acct: 1246 | | | | |
|   CALIBER HOME LOANS | 0.00 | 27,691.97 | 0.00 | 27,691.97 |
|     Acct: 1246 | | | | |
|   CALIBER HOME LOANS | 758.71 | 758.71 | 0.00 | 758.71 |
|     Acct: 1246 | | | | |
|   PA DEPARTMENT OF REVENUE* | 598.20 | 598.20 | 35.44 | 633.64 |
|     Acct: XXXXX7520 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8161 | | | | |
|   GMAC MORTGAGE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXP PA | | | | |
| | | | | 58,312.12 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL E. HYTLA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL E. HYTLA | 3,039.12 | 3,039.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 1,050.00 | 1,050.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-17 | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 2,326.28 | 122.20 | 0.00 | 122.20 |
|     Acct: 4576 | | | | |
|   ECMC(*) | 2,187.79 | 114.92 | 0.00 | 114.92 |
|     Acct: 4576 | | | | |
|   AFNI | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: ? | | | | |
|   CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 436.32 | 22.92 | 0.00 | 22.92 |
|   Acct: 8684 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTR | 13,010.14 | 683.42 | 0.00 | 683.42 |
|   Acct: 4576 | | | | |
|   REMIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   PNC BANK NA | 26,386.42 | 1,386.08 | 0.00 | 1,386.08 |
|   Acct: 0694 | | | | |
|   REAL TIME RESOLUTIONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8153 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,992.55 | 104.67 | 0.00 | 104.67 |
|   Acct: 1000 | | | | |
|   AMERICAN EXPRESS BANK FSB | 375.47 | 19.72 | 0.00 | 19.72 |
|   Acct: 1002 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 133.06 | 6.99 | 0.00 | 6.99 |
|   Acct: 4576 | | | | |
|   S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 2,460.92 |

TOTAL PAID TO CREDITORS                                                             60,773.04

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 30,584.71 |
| SECURED | 46,848.03 |

Date: 12/21/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PAUL E. HYTLA
    NADINE L. HYTLA
          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:14-23530 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                BY THE COURT:

                                                                _____
                                                                 U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 14-23530-JAD
Paul E. Hytla                                                       Chapter 13
Nadine L. Hytla
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: jfur                   Page 1 of 2                   Date Rcvd: Dec 21, 2017
                               Form ID: pdf900              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db/jdb         +Paul E. Hytla,    Nadine L. Hytla,    144 Shelbourne Drive,    Coraopolis, PA 15108-8924
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13914628       +AES/Brazos/US Bank,     1200 North 7th Street,    Harrisburg, PA 17102-1419
13936903        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13914630       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13974372        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13914636        Duquesne Light,    c/o Bernstein Law Office,    707 Gulf Tower, Suite 2200,
                 Pittsburgh, PA 15219
13955797        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13914637        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13914638       +GMAC Mortgage,    500 Enterprise Road,    Horsham, PA 19044-3503
13914640       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
13914641        NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101
13917442       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13974738       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13914629       +E-mail/Text: EBNProcessing@afni.com Dec 22 2017 01:49:44      AFNI,    P.O. Box 20939,
                 Ferndale, MI 48220-0939
14334175       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 22 2017 01:50:14      CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
13914632        E-mail/Text: bankruptcy@cavps.com Dec 22 2017 01:49:54      Cavalry Portfolio,
                 4050 East Cotton Center,    Phoenix, AZ 85040
13914631       +E-mail/Text: bankruptcy@usecapital.com Dec 22 2017 01:50:17      Capital Accounts,
                 2120 Crestmoor Rd,    Suite 30,    Nashville, TN 37215-2654
13915381       +E-mail/Text: bankruptcy@cavps.com Dec 22 2017 01:49:54      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13914633       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 22 2017 01:49:41      Collection Service Center,
                 839 Fifth Avenue,    New Kensington, PA 15068-6303
13914634       +E-mail/Text: ccusa@ccuhome.com Dec 22 2017 01:49:09      Credit Collection USA,    P.O. Box 873,
                 Morgantown, WV 26507-0873
13914635       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 22 2017 01:49:56       Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13977293       +E-mail/Text: kburkley@bernsteinlaw.com Dec 22 2017 01:50:05      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13971699        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 01:54:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of American Express,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13914639       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 22 2017 01:49:36      Midland Credit Management,
                 Dept. 12421,    P.O. Box 603,    Oaks, PA 19456-0603
13914642       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Dec 22 2017 01:50:12
                 PA Dept. of Labor & Industry,    Office of UC Benefits,    651 Boas Street, Room 608,
                 Harrisburg, PA 17121-0725
13931340        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:49:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX280946,
                 Harrisburg,PA 17128-0946
13914643        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:49:28      Pennsylvania Dept. of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13939779        E-mail/Text: bkdepartment@rtresolutions.com Dec 22 2017 01:49:46
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
                 Dallas, Texas 75247-4029
13914644        E-mail/Text: bankruptcy@remitcorp.com Dec 22 2017 01:49:38      Remit Corporation,
                 36 West Main Street,    PO Box 7,    Bloomsburg, PA 17815
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Commonwealth Of Pennsylvania, Department of Labor
cr             BANK OF AMERICA, N.A.
cr             Caliber Home Loans, Inc.
cr             Duquesne Light Company
cr             LSF9 Master Participation Trust
cr             Nationstar Mortgage LLC
13922917*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     Attention: Bankruptcy Department,
                 PO Box 630267,    Irving, TX 75063)
                                                                                           TOTALS: 6, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2           User: jfur               Page 2 of 2                   Date Rcvd: Dec 21, 2017
                               Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jennifer M. Irvin    on behalf of Attorney   Commonwealth Of Pennsylvania, Department of Labor and
               Industry, Unemployment Compensation Fund jeirvin@pa.gov,  jeirvin@pa.gov
              Jerome B. Blank    on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor   Nationstar Mortgage LLC pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor   Caliber Home Loans, Inc. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Plaintiff Nadine L. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Debtor Paul E. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Joint Debtor Nadine L. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Plaintiff Paul E. Hytla shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Thomas  Song    on behalf of Creditor   LSF9 Master Participation Trust
               thomas.song@phelanhallinan.com
                                                                                               TOTAL: 16
```