IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    PAUL E. HYTLA
    NADINE L. HYTLA
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:14-23530 JAD

Chapter 13

Document No.: 90

ORDER OF COURT

    AND NOW, this __30th__ day of __January__, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____ jsf
U.S. BANKRUPTCY JUDGE

FILED
1/30/18 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul E. Hytla
Nadine L. Hytla
    Debtors

Case No. 14-23530-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 2    Date Rcvd: Jan 30, 2018
                    Form ID: pdf900    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
```
db/jdb         +Paul E. Hytla,    Nadine L. Hytla,    144 Shelbourne Drive,    Coraopolis, PA 15108-8924
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13914628       +AES/Brazos/US Bank,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13936903        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13914630       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13974372        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13914636        Duquesne Light,    c/o Bernstein Law Office,    707 Gulf Tower, Suite 2200,
                 Pittsburgh, PA 15219
13955797        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13914637        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
13914638       +GMAC Mortgage,    500 Enterprise Road,    Horsham, PA 19044-3503
13914640      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13914641        NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101
13917442       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13974738       +Peoples Natural Gas Company, LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13914629       +E-mail/Text: EBNProcessing@afni.com Jan 31 2018 01:45:33      AFNI,    P.O. Box 20939,
                 Ferndale, MI 48220-0939
14334175       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 31 2018 01:45:55      CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
13914632        E-mail/Text: bankruptcy@cavps.com Jan 31 2018 01:45:38      Cavalry Portfolio,
                 4050 East Cotton Center,    Phoenix, AZ 85040
13914631       +E-mail/Text: bankruptcy@usecapital.com Jan 31 2018 01:45:58      Capital Accounts,
                 2120 Crestmoor Rd,    Suite 30,    Nashville, TN 37215-2654
13915381       +E-mail/Text: bankruptcy@cavps.com Jan 31 2018 01:45:39      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13914633       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 31 2018 01:45:29      Collection Service Center,
                 839 Fifth Avenue,    New Kensington, PA 15068-6303
13914634       +E-mail/Text: ccusa@ccuhome.com Jan 31 2018 01:44:58      Credit Collection USA,    P.O. Box 873,
                 Morgantown, WV 26507-0873
13914635       +E-mail/Text: kcarter@creditmanagementcompany.com Jan 31 2018 01:45:42      Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13977293       +E-mail/Text: kburkley@bernsteinlaw.com Jan 31 2018 01:45:50      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13971699        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2018 01:47:13
                 LVNV Funding, LLC its successors and assigns as,     assignee of American Express,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13914639       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2018 01:45:24      Midland Credit Management,
                 Dept. 12421,    P.O. Box 603,    Oaks, PA 19456-0603
13914642       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jan 31 2018 01:45:54
                 PA Dept. of Labor & Industry,    Office of UC Benefits,    651 Boas Street, Room 608,
                 Harrisburg, PA 17121-0725
13931340        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:45:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX280946,
                 Harrisburg,PA 17128-0946
13914643        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:45:16      Pennsylvania Dept. of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13939779        E-mail/Text: bkdepartment@rtresolutions.com Jan 31 2018 01:45:35
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    PO Box 36655,
                 Dallas, Texas 75247-4029
13914644        E-mail/Text: bankruptcy@remitcorp.com Jan 31 2018 01:45:26      Remit Corporation,
                 36 West Main Street,    PO Box 7,    Bloomsburg, PA 17815
                                                                                               TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             Commonwealth Of Pennsylvania, Department of Labor
cr              BANK OF AMERICA, N.A.
cr              Caliber Home Loans, Inc.
cr              Duquesne Light Company
cr              LSF9 Master Participation Trust
cr              Nationstar Mortgage LLC
13922917*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    Attention: Bankruptcy Department,
                 PO Box 630267,    Irving, TX 75063)
                                                                                    TOTALS: 6, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2              User: amaz                 Page 2 of 2                  Date Rcvd: Jan 30, 2018
                                  Form ID: pdf900            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jennifer M. Irvin    on behalf of Attorney    Commonwealth Of Pennsylvania, Department of Labor and
           Industry, Unemployment Compensation Fund jeirvin@pa.gov,  jeirvin@pa.gov
          Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Caliber Home Loans, Inc. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Plaintiff Nadine L. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Debtor Paul E. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Joint Debtor Nadine L. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Plaintiff Paul E. Hytla shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                             TOTAL: 16
```